Order issued October 30 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01375-CV

## IN THE INTEREST OF C.H.C. AND S.M.C.

## ORDER

The Court has before it appellee's October 25, 2012 motion to file supplemental clerk's record. On September 21, 2012, counsel for appellee informed the Court that she had requested the Collin County District Clerk to prepare a supplemental clerk's record containing certain documents. This Court filed that supplemental clerk's record on October 1, 2012. Appellee's current motion requests that this Court file a supplemental clerk's record containing the same documents included in the supplemental clerk's record filed on October 1, 2012. The motion does not appear to request the filing of any additional documents. Because those documents were part of the supplemental clerk's record filed on October 1, 2012, we **DENY** appellee's motion as moot.

JIM MOSELEY
PRESIDING JUSTICE